809 F.2d 259
 In the Matter of David Keith BUBERT and Donna Lu Rathman
Bubert, Bankrupt.
SMALL BUSINESS ADMINISTRATION, Plaintiff-Appellant,
v.
David Keith BUBERT and Donna Lu Rathman Bubert, Defendants-Appellees.
 No. 86-1378.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 6, 1987.
 
 John B. McNamara, Jr., McNamara & McNamara, Waco, Tex., for plaintiff-appellant.
 John A. Montez, Thomas L. Davis, Waco, Tex., for defendants-appellees.
 Appeal from the United States District Court for the Western District of Texas; Walter S. Smith, Jr.
 Before CLARK, Chief Judge, GOLDBERG, and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the basis of the opinion of the district court, 61 B.R. 362 (W.D.Tex.1986).